**SO ORDERED.**

**Dated: January 19, 2010**



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Alan M. Levinsky (State Bar No. 006702)
**BUCHALTER NEMER**
16435 North Scottsdale Road, Suite 440
Scottsdale, Arizona 85254-1754
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
Email: alevinsky@buchalter.com

Attorneys for Movant

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>WILLIAM VICTOR HUFF and<br>AMIE KAY HUFF,<br>　　　　　　Debtor(s).<br>CITIZENS AUTOMOBILE FINANCE INC.,<br>　　　　　　Movant,<br>　　-vs-<br>WILLIAM VICTOR HUFF and<br>AMIE KAY HUFF<br>DIANE M. MANN, Trustee,<br>　　　　　　Respondent(s). | Chapter 7<br><br>No. 2:09-bk-30167 RTB<br><br>**ORDER WITHDRAWING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

This matter coming before this Court pursuant to notice of CITIZENS AUTOMOBILE FINANCE INC., that it is withdrawing its previously filed Motion for Relief From the Automatic Stay, and the Court finding good cause, hereby orders as follows

IT IS HEREBY ORDERED that the Motion for Relief from the Automatic Stay found at Docket No. 6 is hereby withdrawn.

DATED this \_\_\_\_\_ day of _____, 2010.

_____
U.S. Bankruptcy Judge

C3931.0200 BN 5102578v1

| | |
|---|---|
| 1 | COPY of the foregoing mailed<br>this _14th_ day of January, 2010, to: |
| 2 | |
| 3 | William Victor Huff<br>Amie Kay Huff<br>20957 E. North Loop |
| 4 | Queen Creek, Arizona 85142<br>Debtors |
| 5 | |
| 6 | Andrea Wimmer<br>WINSOR & MARCO, PLC |
| 7 | One N. MacDonald, Suite 507<br>Mesa, Arizona 85201<br>Attorney for Debtors |
| 8 | |
| 9 | Diane M. Mann<br>29834 N. Cave Creek Rd., #118-274<br>Cave Creek, Arizona 85331 |
| 10 | Trustee |
| 11 | */s/ Cathy C. Bohnsack* |